■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. HUNTER, Appellant. [919 NYS2d 374]—

Contrary to the defendant's contention, his plea of guilty was knowingly, voluntarily, and intelligently entered (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Harris*, 61 NY2d 9, 17 [1983]).

Moreover, the defendant was provided with effective assistance of counsel (*see Strickland v Washington*, 466 US 668 [1984]; *People v Benevento*, 91 NY2d 708, 712 [1998]). The defendant failed to demonstrate that he was deprived of the effective assistance of counsel by the attorney who represented him during the plea negotiation process (*see People v Fernandez*, 5 NY3d 813, 814 [2005]; *People v Basagoitia*, 55 AD3d 619, 620-621 [2008]; *People v Goldberg*, 33 AD3d 1018, 1019 [2006]). Rivera, J.P., Angiolillo, Eng and Sgroi, JJ., concur.